# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN KAY BAER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-01701-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>THIRTY-DAY DEADLINE |

On November 30, 2021, Plaintiff Christin Kay Baer ("Plaintiff") filed the instant action. (Doc. No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2).

Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action. It is unclear to the Court if Plaintiff receives payment from a pension, annuity, or life insurance. Plaintiff marked the box yes which states she receives income from one of those sources but also states she received $5,000 from a life insurance policy. (*Id.* at 2.) It is not clear to the Court if Plaintiff received a one time payment or if it is ongoing payments.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full. In the

1

Long Form application Plaintiff shall submit supplemental responses explaining the status of any pension, annuity, or life insurance policy from which she receives income.

      Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **December 1, 2021**           /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE