UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN KAY BAER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01701-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 4) |

　　　　On November 30, 2021, Plaintiff filed a motion to proceed *in forma pauperis.* (Doc. 2.) On December 2, 2021, the Court issued an order requiring Plaintiff to file a Long Form Application to proceed *in forma pauperis*, requesting additional information on whether Plaintiff receives any payments from pensions, annuities, or insurance. (Doc. 3.) On December 9, 2021, Plaintiff filed her long form application. (Doc. 4.)  Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

　　　　2.  The Clerk of the Court is directed to issue new case documents, including the

Scheduling Order; and

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: __**February 16, 2022**__               /s/ *Barbara A. McAuliffe*          _
                                               UNITED STATES MAGISTRATE JUDGE